RECEIVED
UNITED STATES MARSHAL
2011 JUL 21 PM 1:34
NORTHERN DISTRICT OF
CALIFORNIA - OAKLAND

FILED

JUL 20 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-70759 MAG (DMR) |
| Plaintiff, ) | |
| ) | DETENTION ORDER |
| v. ) | |
| ) | |
| NORMA CORONEL, ) | |
| Defendant. ) | |
| _____ ) | |

I. DETENTION ORDER

Defendant Norma Coronel is charged in an indictment out of the Central District of California with violations of 26 U.S.C. § 7206(2) (aiding and abetting in preparation of false tax returns); 42 U.S.C. § 408(a)(7)(A) (fraudulent use of social security numbers obtained on basis of false information); 18 U.S.C. § 641 (theft of government property or money); and 18 U.S.C. § 2(b). On July 13, 2011, Ms. Coronel made her initial appearance before this court pursuant to Federal Rule of Criminal Procedure 5(c)(2). At that time, the United States moved for Ms. Coronel's detention during the period of her removal to the charging district, and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). At the July 20, 2011 bail hearing before

DETENTION ORDER
CR 11-70759 MAG (DMR)                    1

cc: Copy to parties via ECF, Pretrial Services, 2 Certified copies to U.S. Marshal

this court, Ms. Coronel submitted to detention solely for the period of her removal to the Central District of California, but expressly reserved her right to proffer information in support of her release before the magistrate judge in the charging district.

## II. CONCLUSION

The court therefore orders Ms. Coronel's detention for the period of her removal to the Central District of California.

Ms. Coronel shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: July 20, 2011

DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
CR 11-70759 MAG (DMR)                     2